Karolina Guzy, appellee, v. City of Chicago, appellant. Gen. No. 26,515.

Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed on remittitur of $500 pursuant to agreement. Opinion filed January 28, 1921.

Samuel A. Ettelson, William H. Devenish and Robert H. Farrell, for appellant. Francis J. Woolley and F. W. Jaros, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

John Hafner, appellee, v. James H. Hooper, appellant. Gen. No. 26,703.

Motion to dissolve a temporary injunction. Motion denied. Interlocutory appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court. Affirmed. Opinion filed January 28, 1921. Rehearing denied February 9, 1921.

Jacob Levy, for appellant. Benjamin F. Richolson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

James H. Hooper, plaintiff in error, v. William Rodkin and William A. Burmeister, defendants in error. Gen. No. 25,289.

Action to recover rent. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed January 28, 1921. Rehearing denied February 9, 1921.

James H. Hooper, pro se. Northup, Fairbank & Klein, for defendants in error.

Mr. Justice Gridley delivered the opinion of the court.

---

August Taborsky and Frank Taborsky, defendants in error, v. Charles Zeller, plaintiff in error. Gen. No. 25,594.

Action to recover money obtained by false and fraudulent pretenses. Judgment for plaintiffs. Error to the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed. Opinion filed January 28, 1921. Rehearing denied February 9, 1921.

Callahan & Callahan, for plaintiff in error. Saltiel & Rossen, for defendants in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Lena Henry, appellee, v. Chicago Railways Company, appellant. Gen. No. 25,767.

Action to recover for injuries to person while boarding street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed January 28, 1921.

Joseph D. Ryan and William H. Symmes, for appellant; J. R. Guilliams and Frank L. Kriete, of counsel. Jay Warner, for appellee.

Mr. Justice Gridley delivered the opinion of the court.